UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO BLANCO ONOFRE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>Defendants. | Case No.: 25cv485-TWR (MSB)<br><br>**ORDER:**<br>**(1) GRANTING IN PART JOINT MOTION [ECF NO. 19];**<br><br>**(2) ISSUING AMENDED SCHEDULING ORDER** |

On October 9, 2025, Plaintiffs Alberto Blanco Onofre and Luis Blanco ("Plaintiffs") and Defendant Ford Motor Company ("Defendant") (collectively, the "Parties") filed a Joint Stipulation to Amend the Scheduling Order. (ECF No. 19.) Pursuant to Civil Local Rule 7.2, the Court construes this as a Joint Motion. (See CivLR 7.2.) During a Telephonic Case Management Conference on October 6, 2025, the Parties informed the Court they planned to file a joint request seeking an extension of all discovery dates. (ECF No. 18.) The undersigned told the Parties this would be fine, provided they did not request to move any pre-trial dates in front of the Honorable District Judge Todd W. Robinson. However, the instant Joint Motion seeks to continue most dates, including the dispositive motions filing cutoff and Final Pretrial Conference in front of Judge Robinson. (ECF No. 19 at 3.) Specifically, the Parties request the following:

- <u>Fact Discovery Cutoff</u>: continued from October 8, 2025, to November 21, 2025
- <u>Expert Discovery Cutoff</u>: continued from February 5, 2026, to February 13, 2026
- <u>Expert Witness Designations</u>[1]: continued from November 7, 2025, to December 5, 2025
- <u>Rebuttal Expert Witness Designations</u>[2]: continued from November 21, 2025, to December 19, 2025
- <u>Pretrial Motions Filing Cutoff</u>: continued from March 5, 2026, to May 7, 2026
- <u>Final Pretrial Conference</u>: continued from August 6, 2026, to October 8, 2026

(<u>Id.</u> at 3.)

In support, the Parties explain the depositions of Plaintiffs and Ricardo Blanco are not yet complete, and Defendant anticipates potential discovery disputes related to these depositions. (<u>Id.</u> at 2.) The Parties say they "have been working diligently to complete discovery," including by (1) completing the deposition of Defendant's person most qualified, which is anticipated to take place in October; and (2) meeting and conferring regarding Plaintiffs' Request for Production of Documents, Set Two. (<u>Id.</u>) They agree additional time is necessary to complete the outstanding depositions and resolve written and production discovery issues. (<u>Id.</u> at 3.) This is the Parties' first request to amend the Scheduling Order. (<u>Id.</u>)

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). This good cause standard "primarily considers the diligence of the party seeking the amendment. The district court may modify the

---

[1] The Parties erroneously refer to this as "Expert Witness Disclosures." The Scheduling Order says: "The Parties shall designate their respective experts in writing by November 7, 2025." (ECF No. 10 at 2.) Additionally, "each Party shall comply with the disclosure provisions in Rules 26(a)(2)(A) and (B)" by December 22, 2025. (<u>Id.</u> at 3.)

[2] The Parties erroneously refer to this as "Rebuttal Expert Witness Disclosures." The Scheduling Order says: "The date for exchange of rebuttal experts shall be by November 21, 2025." (ECF No. 10 at 2.) Additionally, "[a]ny Party shall supplement its disclosure regarding contradictory or rebuttal evidence under Federal Rule of Civil Procedure 26(a)(2)(D) by January 5, 2026." (<u>Id.</u> at 3.)

pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment) and collecting cases).  "If that party was not diligent, the inquiry should end."  Id.  Pursuant to Magistrate Judge Berg's Civil Chambers Rules, any request to continue a deadline "shall be made in writing no less than **seven (7) calendar days** before the affected date." (See Judge Berg's Civil Chambers Rules, Part V.)  Additionally, any request to continue a deadline must include "[a] declaration from counsel of record detailing the steps taken to comply with the dates and deadlines set in the order, and the specific reasons why the deadlines cannot be met."  (Id.)

Here, the Parties filed their Joint Motion *after* the fact discovery cutoff, the first affected date they seek to modify.  (ECF Nos. 10 & 19.)  They did not abide by Judge Berg's requirement that all requests to continue a scheduling order deadline be submitted at least seven calendar days before the affected date, nor did they provide a declaration detailing the steps taken to comply with the current deadlines.  Additionally, the Parties seek to modify pre-trial dates in front Judge Robinson, contrary to the discussion at the October 6, 2025, Telephonic Case Management Conference.  (ECF Nos. 18 & 19.)  Despite these deficiencies, because this is the Parties' first request, the Court finds good cause to continue the case schedule by approximately forty-five days.  The Court **GRANTS IN PART** the Joint Motion and **ISSUES** the following Amended Scheduling Order:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact Discovery Cutoff | October 8, 2025 | **November 21, 2025** |
| Expert Witness Designations | November 7, 2025 | **December 22, 2025** |
| Rebuttal Expert Witness Designations | November 21, 2025 | **January 5, 2026** |
| Expert Disclosures | December 22, 2025 | **February 5, 2026** |

| | | |
|---|---|---|
| Supplemental Disclosures Regarding Contradictory or Rebuttal Evidence | January 5, 2026 | **February 19, 2026** |
| Expert Discovery Cutoff | February 5, 2026 | **March 19, 2026** |
| Pretrial Motions Filing Cutoff | March 5, 2026 | **April 20, 2026** |
| Mandatory Settlement Conference before the Honorable Michael S. Berg | June 25, 2026, at 9:30 a.m. | **August 6, 2026, at 9:30 a.m.** |
| MSC Statements[3] | June 18, 2026 | **July 30, 2026** |
| Pre-Trial Disclosures and Memoranda of Contentions of Fact and Law | July 9, 2026 | **August 20, 2026** |
| Meeting of Counsel L.R. 16.1(f)(4) | July 16, 2026 | **August 27, 2026** |
| Draft Pre-Trial Order to Defense Counsel | July 23, 2026 | **September 3, 2026** |
| Lodge Proposed Pre-Trial Conference Order | July 30, 2026 | **September 10, 2026** |
| Final Pretrial Conference before the Honorable Todd W. Robinson | August 6, 2026, at 1:30 p.m. | **September 17, 2026, at 1:30 p.m.** |

The Parties are reminded that future continuance requests must comply with Judge Berg's Civil Chambers Rules, Part V.

**IT IS SO ORDERED**.

Dated: October 14, 2025

Honorable Michael S. Berg
United States Magistrate Judge

---

[3] All guidelines in the Court's original Scheduling Order remain in place. (See ECF No. 10.)